UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 24-cr-00055-LLA |
| ) | |
| **DEAN HARSHMAN.,** ) | |
| ) | |
| **Defendant** ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Dean Harshman


Dated: April 8, 2024                    Respectfully Submitted,

                                               /s/ William L. Shipley
                                               William L. Shipley, Jr., Esq.
                                               PO BOX 745
                                               Kailua, Hawaii 96734
                                               Tel: (808) 228-1341
                                               Email: 808Shipleylaw@gmail.com

                                               *Attorney for Defendant*