**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE NO. 1:24-cr-00055-LLA** |
| vs. | : | **JUDGE ALIKHAN** |
| **DEAN HARSHMAN,** | : | **MOTION TO WITHDRAW AS COUNSEL** |
| **Defendant.** | : | |

Now comes undersigned counsel for the Defendant, Dean Harshman, and moves the Court to permit him to withdraw from representation in this case. In support of this Motion, counsel states that he was serving as counsel under the appointment of the Criminal Justice Act. As hired counsel William Shipley has now filed a notice of appearance to represent the Defendant (Doc. 23), continued representation as CJA counsel is not appropriate.

Therefore, counsel respectfully requests the Court grant this motion to withdraw.

Respectfully Submitted,

/s/Thomas W. Kidd, Jr.
Thomas W. Kidd, Jr.
Attorney for Defendant
Kidd & Urling LLC
9435 Waterstone Blvd., Suite #140
Cincinnati, OH 45249
(513) 733-3080/Fax (513) 731-7230
tkidd@kiddurlinglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent this 11th day of April 2024, using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/Thomas W. Kidd, Jr.
Thomas W. Kidd, Jr.
Attorney for Defendant