UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 24-55 (LLA) |
| DEAN HARSHMAN, | |
| *Defendant*. | |

## ORDER

On September 16, 2024, Defendant Dean Harshman pleaded guilty to one count of Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2), in connection with his participation in the riot at the U.S. Capitol on January 6, 2021. Sept. 16, 2024 Minute Entry.  His sentencing is scheduled for January 16, 2025.  *Id.*  Mr. Harshman now requests that the court vacate the sentencing hearing and set a status conference for February 2025.  ECF No. 33.  He argues that a continuance is warranted to conserve court and party resources because "there is a significant likelihood [that he] will receive a pardon from President-Elect Trump."  ECF No. 33, at 2.  The United States opposes his request.  ECF No. 34.

Mr. Harshman's motion is **DENIED**.  As other judges in this district have explained, "[w]hatever the President-elect may or may not do with respect to some of those charged at the Capitol on January 6, 2021, is irrelevant to the Court's independent obligations and legal responsibilities under Article III of the Constitution."  *United States v. Baez*, No. 21-CR-507, ECF No. 121, Order (D.D.C. Nov. 19, 2024); *see United States v. Lichnowski*, No. 23-CR-341, ECF No. 73, Order (D.D.C. Nov. 7, 2024) (explaining that "the potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation

to carry out the legal responsibilities of the Judicial Branch"); *see also, e.g.*, *United States v. Carnell*, No. 23-CR-139, Minute Order (D.D.C. Nov. 6, 2024); *United States v. Bosch*, No. 24-CR-210, Minute Order (D.D.C. Nov. 7, 2024); *United States v. Baker*, No. 24-CR-121, Minute Order (D.D.C. Nov. 11, 2024); *United States v. Allen*, No. 23-CR-261, Minute Order (D.D.C. Nov. 12, 2024); *United States v. Johnson*, No. 24-CR-141, Minute Order (D.D.C. Nov. 13, 2024); *United States v. Fuller*, No. 23-CR-209, ECF No. 101, Order (D.D.C. Nov. 21, 2024). Sentencing will proceed as scheduled.

**SO ORDERED.**

_____

LOREN L. ALIKHAN
United States District Judge

Date: December 16, 2024